IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN R. TYRRELL,<br>    Plaintiff, | : <br> : Civil Action No. 3:14-cv-2306 <br> : |
| v. | : (Judge Mariani) <br> : |
| DAUPHIN COUNTY PRISON, *et al.*,<br>    Defendants. | : <br> : |

### ORDER

**AND NOW**, this 13th day of March, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions to appoint counsel, (Docs. 20, 27), are **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge