IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN R. TYRRELL,
    Plaintiff,

v.

DAUPHIN COUNTY PRISON, *et al.*,
    Defendants.

Civil No. 3:14-cv-2306

(Judge Mariani)

## ORDER

**AND NOW**, this 18th day of September, 2015, upon consideration of Defendants' motions (Docs. 11, 21, 23) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant PrimeCare Medical, Inc.'s motion (Doc. 11) to dismiss Plaintiff's original complaint is **DENIED** as moot.

2. Defendant PrimeCare Medical, Inc.'s motion (Doc. 21) to dismiss Plaintiff's amended complaint is **GRANTED**. The action against PrimeCare Medical, Inc. is **DISMISSED** with prejudice.

3. The motion (Doc. 23) to dismiss filed by Defendants Dauphin County Prison and Warden Dominick DeRose is **GRANTED** as follows:

    a. Dauphin County Prison is **DISMISSED** with prejudice as a party to this action.

    b. Plaintiff's claims against Warden Dominick DeRose are **DISMISSED** with prejudice.

4. The Clerk of Court is directed to **CLOSE** this action.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge